UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CYCLISMO CAFE REDWOOD CITY LLC,<br><br>　　　　　Defendant. | Case No. 21-cv-03626-RS<br><br>**ORDER OF CONDITIONAL DISMISSAL** |

Plaintiff has filed neither a dismissal nor a response to the order to show cause, but the court has been advised the case is fully settled. Accordingly, this case will be deemed dismissed and the file will be closed on February 2, 2022, without further notice, unless plaintiff files a response showing cause why that should not happen.

**IT IS SO ORDERED**.

Dated: January 31, 2022

_____
RICHARD SEEBORG
Chief United States District Judge